# United States Court of Appeals
## For the First Circuit

No. 09-2086

UNITED STATES OF AMERICA,

Appellee,

v.

MATTHEW DAVIS,

Defendant, Appellant.

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

[Hon. Richard Stearns, U.S. District Judge]

Before

Lynch, Chief Judge,
Souter,* Associate Justice,
and Stahl, Circuit Judge.

Paúl Camarena, by Appointment of the Court, for appellant.
John A. Wortmann, Jr., Assistant United States Attorney, with whom Carmen M. Ortiz, United States Attorney, and Dina Michael Chaitowitz, Assistant United States Attorney, were on brief, for appellee.

April 12, 2012

---

* Hon. David H. Souter, Associate Justice (Ret.) of the Supreme Court of the United States, sitting by designation.